```
                    UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         SOUTHERN DIVISION

                        No. 7:11-CR-88-FL-1
                        No. 7:11-CR-88-FL-2
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO DESTROY FIREARM |
| | ) | |
| JEFFREY ALLEN COOPER | ) | |
| DEBARRE NOJUAN PRIEST | ) | |

THIS MATTER is before the Court upon Motion of the United States for destruction and disposal of evidence.

It appears to the Court that this case is closed and that all avenues of appellate review have been exhausted or eliminated by the passage of time. It further appears to the Court that the Federal Bureau of Investigation is in possession of a weapon which was seized at the time of the defendants' arrest.

For good cause shown, IT IS THEREFORE ORDERED that the Motion of the United States be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the firearm described as a Hi-Point Firearms, model JCP, .40 caliber handgun, SN X717654, and ten rounds of CBC .40 SW caliber ammunition be destroyed and disposed of in accordance with the usual procedures of the Federal Bureau of Investigation.

The Clerk is directed to certify copies of this Order to the Federal Bureau of Investigation, Fayetteville, North Carolina and the United States Attorney.

SO ORDERED this the 22nd day of February, 2013

_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge